1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  KIMBERLY FRIDAY (MABN 660544)
   Assistant United States Attorney
4
5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
       Telephone: (415) 436-7102
6      FAX: (415) 436-6748
       kimberly.friday@usdoj.gov
7
   Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES *ex rel.* JUAN GUERRA,<br><br>Plaintiffs,<br><br>v.<br><br>BI THI NGUYEN, individually and as trustee of the Bi Thi Nguyen Revocable Living Trust dated 12/15/2016,<br><br>Defendant. | CASE NO. 18-cv-1666-NC<br><br>**JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |

Pursuant to the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1) and (d)(2), and in accordance with and subject to all of the terms and conditions of the settlement agreement among the United States, Relator, and Defendant, effective January 7, 2019, (the "Agreement"), the United States, Relator Juan Guerra ("Relator"), and Defendant Bi Thi Nguyen, individually and as trustee of the Bi Thi Nguyen Revocable Living Trust dated 12/15/2016 ("Defendant"), hereby stipulate as follows:

1. As to the United States, the claims against Defendant asserted in this action are dismissed with prejudice, subject to all of the terms of the Agreement, as to the Covered Conduct released in the Agreement, and without prejudice as to all other claims.

2. As to Relator, all claims against Defendant asserted in this action are dismissed with prejudice, subject to all of the terms of the Agreement, except for Relator's reasonable expenses, attorney's fees, and costs.

3. According to the terms of the Agreement, this Court retains jurisdiction over this action and the parties to enforce the Agreement and to resolve any dispute involving a claim by Relator for his reasonable expenses, attorney's fees, and costs.

4. This stipulation does not affect Relator's pending motion for attorney fees and costs or Defendant's opposition to that motion. *See* ECF No. 60 and No. 61.

5. A copy of the Agreement has been filed with the Court. *See* ECF No. 60-1, ex. A.

A proposed order accompanies this notice.

\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\

IT IS SO STIPULATED.

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

Dated: March 18, 2019    By: /s/ Kim Friday
KIMBERLY FRIDAY
Assistant United States Attorney


LAW OFFICE OF TODD ESPINOSA

Dated: March 18, 2019    By: /s/
TODD ESPINOSA
Attorney for *Qui Tam* Plaintiff Juan Guerra


THE ONU LAW FIRM

Dated: March 18, 2019    By: /s/
MITCH ONU
Attorney for Defendant Bi Thi Nguyen, individually and as trustee of the Bi Thi Nguyen Revocable Living Trust dated 12/15/2016

## CERTIFICATION

Pursuant to Local Rule 5-1(i)(3), the undersigned hereby attests that Todd Espinosa and Mitch Onu have concurred in the filing of this document and authorized me to sign it on their behalf.

DAVID L. ANDERSON
United States Attorney

Dated: March 18, 2019    By: /s/ Kim Friday
KIMBERLY FRIDAY
Assistant United States Attorney

JOINT STIPULATION OF DISMISSAL; [PROPOSED] ORDER
18-CV-1666-NC                    3

# [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** This Court retains jurisdiction over this action and the parties to enforce the Settlement Agreement and to resolve any dispute involving a claim by Relator for his reasonable expenses, attorney's fees, and costs.

Dated: 3/19/2019

HON. NATHANAEL M. COUSINS
United States Magistrate Judge



GRANTED
Judge Nathanael M. Cousins